PD-1121-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/27/2015 4:56:43 PM
Accepted 8/28/2015 1:08:32 PM
ABEL ACOSTA
CLERK

NO. _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

# MICAH TUTTON
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

FROM THE TENTH COURT OF APPEALS
CAUSE NO. 10-14-00360-CR

ON APPEAL FROM THE 40TH DISTRICT COURT OF
ELLIS COUNTY, TEXAS
TRIAL COURT NO. 34649CR
THE HONORABLE GENE KNIZE PRESIDING

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

Attorney for Appellant

FILED IN
COURT OF CRIMINAL APPEALS

August 28, 2015

ABEL ACOSTA, CLERK

COMES NOW, MICAH TUTTON, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Tenth Court of Appeals in cause number 10-14-00360-CR, affirming the convictions, was rendered on July 9, 2015.

II.

The numbers and style of the case in the District Court is No. 34649CR, *State of Texas v. Micah Tutton.*

III.

Appellant was convicted of failing to register as a sex offender.

IV.

The present deadline for filing the petition for discretionary review in this matter is August 28, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1.    Reply Brief in *Adolph Junior Menjivar v. The State of Texas,* case no. 05-14-010128-CR in the Fifth Court of Appeals of Texas.

2.    Petition for Writ of Certiorari in *William Earl Rayford v. William Stephens, Director,* in the Supreme Court of the United States.

3.    Petition for Discretionary Review in *George Contreras v. The State of Texas*, case nos. PD-0842-15 & PD-0843-15 in the Texas Court of Criminal Appeals.

4.    Petition for Discretionary Review in *Stephen Glen Limbaugh v. The State of Texas,* case no. PD-0870-15 in the Texas Court of Criminal Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his petition for discretionary review until September 27, 2015

RESPECTFULLY SUBMITTED,

  /s/ Bruce Anton
BRUCE ANTON
Texas State Bar No. 01274700
SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - PAGE 3**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Ellis County District Attorney's Office and to the State Prosecuting Attorney on this 27th day of August, 2015.

/s/ Bruce Anton
BRUCE ANTON